FILED
UNITED STATES DISTRICT COURT
21 AUG -6 PM 4:26
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| – AKA- Jose ORONA | ) | Case No. 21-1140 MJ |
| TRUE NAME: Jose Luis Orona Perez | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __05/22/2021__ in the county of __Luna__ in the _____ District of __New Mexico__, the defendant violated __Title 18__ U.S.C. § __554__, an offense described as follows:

18 USC § 554-Export firearms from the United States into Mexico.

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jared Kattah, ATF Special Agent
Printed name and title

Sworn to before me and signed ~~in my presence~~ via telephone.

Date: 8/6/2021

_____
Judge's signature

City and state:   Las Cruces, New Mexico

Gregory B. Wormuth, U.S. Magistrate Judge
Printed name and title

UNITED STATES OF AMERICA

V.

Jose ORONA

## AFFIDAVIT

1. Your affiant, Jared Kattah, is a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been employed since September 2015. As part of training to become an ATF Special Agent, your affiant attended six months of specialized training sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of this training, your affiant has been certified as a Federal Investigator and has received specific training involving violations of federal law. Your affiant has also received ATF specific training in the determination of probable cause and in the use of warrants and complaints to enforce federal firearms laws. Your affiant is currently assigned to the Las Cruces, New Mexico Field Office.

2. Your affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation **Jose ORONA**. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation, but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of the affiant's knowledge regarding this investigation.

3. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws and know that it is a violation of Title 18 United States Code § 554, to fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or

1

regulation of the United States.

## OVERVIEW OF THE INVESTIGATION

1. On June 7, 2021, Guarda Nacional (GN) officers operating a checkpoint located at kilometer 18 in Fresnillo, Zacatecas, Mexico, seized seven (7) firearms concealed in a grey 2002 GMC Envoy, Chihuahua license plates EMW6027, VIN 1GKDT13SX22401126 driven by a Mexican national. A canine unit detected the firearms and firearm parts hidden in a compartment located in the trunk of the vehicle. The driver's teenage son was a passenger in the vehicle. According to GN officers, the teenager may be from the Deming, NM area (NFI).

2. GN officers alleged that firearms were destined for Cartel de Jalisco Nueva Generacion (CJNG) members disputing territory in Zacatecas.

3. The following is a list of the firearms Mexican authorities seized:

    - SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14031.
        i. Firearm trace indicated that Ana Isabel BARRON purchased this firearm on May 29, 2021. The firearm was recovered in Mexico within 10 days of her purchase.

    - SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14032.
        i. Firearm trace indicated that Mayra MADRID purchased this firearm on May 22, 2021. The firearm was recovered in Mexico within 17 days of her purchase.

    - SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14040.
        i. Firearm trace indicated that Victor Alberto FIERRO-CARO purchased this firearm on May 22, 2021. The firearm was recovered in Mexico within 17 days of his purchase.

    - SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14027.
        i. Firearm trace indicated that Victor Alberto FIERRO-CARO purchased this firearm on May 22, 2021. The firearm was recovered in Mexico within 17 days of his purchase.

    - SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14035.

- 
    - i. Firearm trace indicated that Mayra MADRID purchased this firearm on May 22, 2021. The firearm was recovered in Mexico within 17 days of her purchase.

- SOTA ARMS, Model PA15, caliber MULTI cal, serial number PA14022.
    - i. Firearm trace indicated that Ana Isabel BARRON purchased this firearm on May 29, 2021. The firearm was recovered in Mexico within 10 days of her purchase.

- Smith and Wesson rifle, Model M&P 15, caliber 5.56, serial number TS87659.
    - i. Firearm trace indicated that Ana Isabel BARRON purchased this firearm on April 28, 2021.

4. On or about May 22, 2021, Jesus BARRON drove Ana BARRON, Victor FIERRO-CARO, Mayra MADRID, and Mayra MADRID's boyfriend **Jose ORONA** to MR ARMS. In the morning, Victor VIERRO-CARO went inside and purchased a SOTA ARMS, Model PA15, caliber MULTI cal, bearing serial number PA14040 and a SOTA ARMS, Model PA15, caliber MULTI cal, bearing serial number PA14027, which were later both trafficked into and recovered in Mexico. Jesus BARRON paid Victor FIERRO-CARO $200 dollars for purchasing the firearms. That afternoon, Mayra MADRID and Ana BARRON went into MR ARMs and purchased a SOTA ARMS, Model PA15, caliber MULTI cal, bearing serial number PA14032 and a SOTA ARMS, Model PA15, caliber MULTI cal, bearing serial number PA14035, which were both trafficked into and recovered in Mexico on June 7, 2021. Jesus BARRON paid Mayra MADRID for purchasing the two firearms.

5. On August 4, 2021, Mayra MADRID and **Jose ORONA** were detained by Border Patrol Agents at the I-10 West checkpoint located in Las Cruces, New Mexico. During a post-Miranda interview of **Jose ORONA, ORONA** notified ATF Special Agents that he trafficked two firearms to Mexico weeks after the firearms were purchased by Mayra MADRID on May 22, 2021. The two firearms that he had trafficked to Palomas, Mexico were purchased by Mayra MADRID. ORONA crossed the firearms via the Columbus Port of Entry into Palomas, Mexico. ORONA advised that he was paid by Jesus BARRON, $500.00 for each firearm that he trafficked into Mexico for him. ORONA advised that he made two trips to Mexico to traffic

the firearms. Each trip, **ORONA** had taken one firearm with him to Palomas, Mexico. **ORONA** made a total of $1,000.00 for trafficking the firearms into Mexico.

6. **ORONA** advised that he does not currently possess a license to export firearms to Mexico.

7. This violation occurred in the city of Deming, New Mexico, which is in the County of Luna. Within the District of New Mexico.

8. This criminal complaint was reviewed and approved by Assistant United States Attorney Ryan Ellison.

Jared Kattah, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 6th day of August, 2021

Gregory B. Wormuth, U.S. MAGISTRATE JUDGE