# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **PLAINTIFF,** | § § | |
| vs. | § § § | NO. 22-CR-181-MIS |
| **JOSE LUIS ORONA PEREZ,**<br>A/K/A **JOSE ORONA** | § § § | |
| **DEFENDANT.** | § § § | |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing. [Doc. 40] The Court having reviewed Defendant's motion and having been advised that Assistant U.S. Attorneys Maria Armijo and Ry Ellison do not oppose this motion, the Court thus being fully advised in the premises finds that Defendant's motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Sentencing Hearing scheduled for April 17, 2023 is Vacated. The matter will be reset at a later date.

SIGNED this the ___6th___ day of ___April___, 2023.

_____
THE HONORABLE MARGARET I. STRICKLAND
UNITED STATES DISTRICT JUDGE